**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

Eastern District of Kentucky
FILED

AUG 06 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**

**INDICTMENT NO.** 2680-KKC-MAS

**JASON RYAN TAYLOR**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about June 12, 2026, in Fayette County, in the Eastern District of Kentucky,

**JASON RYAN TAYLOR**

did knowingly and intentionally possess with intent to distribute 500 grams or more of a

mixture or substance containing a detectable amount of cocaine, a Schedule II controlled

substance, in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 18 U.S.C. § 922(g)(1)

On or about June 12, 2026, in Fayette County, in the Eastern District of Kentucky,

**JASON RYAN TAYLOR,**

knowing he had previously been convicted of a crime punishable by imprisonment for a

term exceeding one year, did knowingly possess firearms, namely, a Shadow Systems,

Model DR920, 9mm caliber pistol bearing serial number SSX018439, and a Fegarmy Arms

Factory, Model P9R, 9mm caliber pistol bearing serial number R67821, that were each in and affecting interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

## COUNT 3
### 18 U.S.C. § 924(c)(1)(A)

On or about June 12, 2026, in Fayette County, in the Eastern District of Kentucky,

### JASON RYAN TAYLOR

did knowingly possess a firearm in furtherance of a drug trafficking crime, as charged in Count 1 of this Indictment, for which he may be prosecuted in a court of the United States, in violation of 18 U.S.C. § 924(c)(1)(A).

## FORFEITURE ALLEGATIONS
### 21 U.S.C. § 853
### 18 U.S.C. § 924(d)
### 18 U.S.C. § 2461

1.      By virtue of the commission of the felony offense alleged in Count 1 of this Indictment, **JASON RYAN TAYLOR** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violation of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 841. Any and all interest that **JASON RYAN TAYLOR** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2.      By virtue of the commission of the offenses alleged in this Indictment, **JASON RYAN TAYLOR** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. §§

922 and 924(e) and/or 21 U.S.C. § 853. Any and all interest that **JASON RYAN TAYLOR** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3.  The property to be forfeited includes, but is not limited to, the following:

**CURRENCY:**
Approximately $5,088.00 in U.S. currency.

**FIREARMS AND AMMUNITION:**
a)  Shadow Systems, Model DR920, 9mm caliber pistol bearing serial number SSX018439, with Holosun red-dot sight and extended magazine;
b)  Fegarmy Arms Factory, Model P9R, 9mm caliber pistol bearing serial number R67821; and
c)  All associated ammunition and magazines.

4.  If any of the property listed above, as a result of any act or omission of the Defendant, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**RON L. WALKER JR.**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:**   Not less than 5 years imprisonment and not more than 40 years imprisonment, a $5,000,000 fine, and at least 4 years of supervised release.

**If prior conviction for a serious drug felony or serious violent felony:** Not less than 10 years and not more than life imprisonment, not more than an $8,000,000 fine, and at least 8 years of supervised release.

**COUNT 2:**   Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release.

**COUNT 3:**   Not less than 5 years imprisonment and not more than life imprisonment, consecutive to any other sentence, not more than a $250,000 fine, and a term of supervised release of not more than 5 years.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.

**PLUS:**   Forfeiture